ISAAC VANIEWSKY, APPELLANT, v. DEMAREST BRO-
THERS COMPANY ET AL., RESPONDENTS.

Submitted May 29, 1930—Decided February 2, 1931.

For the appellant, *Seufert & Elmore.*

For the respondents, *Harley, Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HET-FIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.